# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Flanagan, Louise W | 2. Court or Organization<br><br>US District Court, NC | 3. Date of Report<br><br>5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge | 5. ReportType (check appropriate type)<br><br>◯ Nomination,   Date<br><br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>US Courthouse<br>413 Middle Street<br>New Bern, NC 28560 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
May 18 10 48 AM '05
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Self-employed as an attorney |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BB&T | Mortgage on Rental Property | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. US Treasruy Strip Bond - Mat 2/15/07 | B | Interest | K | T | | | | | |
| 2. Norfolk Southern Common | | None | J | T | | | | | |
| 3. US Treasury Strip Bond - Mat 2/2/08 | B | Interest | K | T | | | | | |
| 4. US Treasury Strip Bond - Mat 3/1/09 | B | Interest | K | T | | | | | |
| 5. Deposits at First Citizens Bank and Wachovia Bank | B | Interest | K | T | | | | | |
| 6. Deposits at First Citizens Bank | A | Interest | M | T | | | | | |
| 7. First Citizens Bank Common Stock | | | | | Sell | 12/6 | J | C | |
| 8. Legg Mason American Leading Co | A | Dividend | K | T | | | | | |
| 9. I Mason Value 1ust | A | Dividend | L | T | | | | | |
| 10. Legg Mason Special Invest. Trust | A | Dividend | M | T | | | | | |
| 11. Legg Mason Cash Reserve Trust | A | Dividend | J | T | Buy | Var | J | | |
| 12. BB&T Corp Common | A | Dividend | K | T | Buy | 11/4 | K | | |
| 13. Western Asset/Claymore US | A | Dividend | J | T | Buy | 12/8 | J | | |
| 14. Cohen & Steers REIT & Utility | A | Dividend | J | T | Buy | 1/27 | J | | |
| 15. Legg Mason Value Trust | | None | J | T | | | | | |
| 16. Albertsons Inc. Common | | None | J | T | | | | | |
| 17. Calamos Conv & High Income | | None | J | T | Buy | 5/27 | J | | |
| 18. Piedmont Nat'l Gas Common | | None | J | T | | | | | |

1. Income/Gain Codes (See Columns B1 and D4): A = $1,000 or less, B = $1,001-$2,500, C = $2,501-$5,000, D = $5,001-$15,000, E = $15,001-$50,000, F = $50,001-$100,000, G = $100,001-$1,000,000, H = More than $1,000,000
2. Value Codes (See Columns C1 and D3): J = $15,000 or less, K = $15,001-$50,000, L = $50,001-$100,000, M = $100,001-$250,000, N = $250,000-$500,000, O = $500,001-$1,000,000, P1 = $1,000,001-$5,000,000, P2 = $5,000,001-$25,000,000, P3 = $25,000,001-$50,000,000, P4 = More than $50,000,000
3. Value Method Codes (See Column C2): Q = Appraisal, R = Cost (Real Estate Only), S = Assessment, T = Cash/Market, U = Book Value, V = Other, W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Flanagan, Louise W | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transaction (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Rayethon Co Common New A | | None | J | T | | | | | |
| 20. Mass Investors Growth | | None | J | T | | | | | |
| 1. Legg Mason Invest. Bond Fund | | | | | Sell | 6/7 | L | A | |
| 22. Legg Mason Oppor Trust | A | Dividend | J | T | Buy | 12/14 | J | | |
| 23. Wachovia Corp | | | | | Sell | 12/14 | J | C | |
| 24. BB&T Corp Common | A | Dividend | J | T | Buy | 11/4 | J | | |
| 25. American Funds Europacific A | | None | K | T | | | | | |
| 26. American Funds Growth A | | None | L | T | | | | | |
| 27. American Funds Wash. Mutual | | None | L | T | | | | | |
| 28. AIM Funds Mid Cap Equity Fund | | None | K | T | | | | | |
| 29. AIM Funds Basic Value | | None | K | T | | | | | |
| 30. Franklin Mutual Beacon Fund | | None | K | T | | | | | |
| 31. Noucoux UN, LLC (Real est in New Bern & Greeoville) | D | Rent | L | U | | | | | |
| 32. Legg Mason Value Trust | | None | N | T | | | | | |
| 33. Oppenheimer Capital Preservation | | None | P1 | T | | | | | |
| 34. Columbia Acorn | | None | M | T | | | | | |
| 35. ▬▬▬▬ | D | Rent | M | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S,C. § 7353, and Judicial Conference regulations.

Signa _____     Date  5/11/05  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544